**Name**
Plaintiff: Blanton Forteen

~~Prison Number~~

~~Place of Confinement~~

2301 Belmont Drive

Anchorage, AK 99517
**Address**

907 384 3959 wk, 907 229 3795 cell, 907 375 5580 home
**Telephone**

blanton@mac.com
blanton.forteen@us.army.mil

RECEIVED
APR 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Blanton Forteen,

    Plaintiff,

vs.

US Army Pacific, MEDDA-AK, Fairbanks, AK, COL Koji Nishimura, Commander

    Defendant(s).

Case No. 3:06-CV-00085 JWS

~~M~~ Complaint for
to/~~for~~ Preliminary Injunction

I, Blanton Forteen, proceeding without a lawyer, move to/~~for~~ Emergency Injunctive relief under the following statute(s)/rule(s) (if known) "OPM DEO Handbook" (see within) for the following reason(s): to prevent irreparable harm due to a federal hiring practice that appears to be in violation of Federal Law according to Mr. Dan Fusco, "Group Mgr. for Examining and Recruitment Policy", Office of Personnel Mgt., Wash., DC

PS 15 (effective 8/05)

page 1

United States District Court

_____ DISTRICT OF _____
"ALASKA"

Emergency Motion for Preliminary Injunction.

1. MEDDAC-AK representatives under the command of Mr. COL Koji Nishimura claimed to have listed Federal Job listing (Job Announcement Number: PAE06273673, Dept. of the Army, Agency: US Army, Pacific) on the "CPOL" US Govt. website on 4/12 to run through 4/14 3(days)

2. The governing authority, the "OPM Delegated Examining Operations Handbook" (see OPM.gov) states that a listing "must be posted on the "USA JOBS" website.

3. MEDDAK-AK representatives under command of COL Nishimura insist contrary to the OPM DEO Handbook requirement for a "USA JOBS" posting that they MEDDAC-AK were fullfilling the requirement by listing on the 12th of April on the rather deeply burried and not widely promulgated by US.GOV.

4. As a result of this error in listing the

page 2

USA Jobs site "bot" or automated email notification instrument issued the anouncement dated 4/13

(see exibit "A": email from USA JOBS

5. The "OPM DEO Handbook"
http://www.opm.gov/deu/Handbook_2003/DEOH-Section-12.asp

states:

"You are responsible for determining an open period for receiving applications that is of sufficient duration to provide the public (my emphasis-BE) with adequate notice of the vacancy. What constitutes an adequate open period may vary depending on your recruitment plan, the nature of the position(s), promotion potential, available labor market, and othe considerations. Once you have determined the open period, you should clearly state it in the job announcement.

6. Relevent paragraphs on the above

page 3

noted OPM DEO Handbook URL:

- Required notice via USA JOBS
- Adequate Public Notice
- Determining an open period for receiving applications

7. Re: my (plaintiffs) paragraph 5 above:
   a) the nature of the position is a professional nursing position
   b) the labor market for profession nurse-specialists in Alaska is very tight.
   c) promotion potential within the Fort Richarson Troop Medical Clinic for filling this position is good.

8. It is stated by an officer within the MEDDAC-AK and confirmed by COL Nishimura's HR person, Marsha Castoe, that the reason for this "short suspense" opening is/was to aim for or tailor this opening for one specific individual, in violation of OPM regulations.

page 4

9. Mr. Dan Fusco, OPM Washington, DC, "Group Manager for examining and recruitment policy", states that engineering an opening period to favor a specific individual "is a violation of Federal Law." (Mr. Fusco - 202.606.0830 or 202.606.1800) is essentially the senior individual re: oversight of this matter within the OPM and as such is certainly an expert.

10. Mrs. Castoe and Ms. Snow of COL Nishimura's command both state that they will do this 'snap-shot' opening routine to recruit a specific individual to a federally mandated "competitive" position whenever the choose to do so.

Mr. Fusco of the OPM states that this behavior (SOP at MEDDAC-AK according to Mrs. Castoe and Ms. Snow) is in violation of Federal Law.

page 5

10. That the MEDDAC-AK operates with some regularity in the manner represents collusion, conspiracy, and perhaps racketeering to ~~prent~~ prevent the public from having appropriate and legally mandated equal opportunity for access to competitive Federal employment under Federal Law and OPM regulation.

11. It is appropriate that the Gov't. have "short-suspense" hiring authority when a bona-fide need exists. As a professional nurse at the FRA TMC I can ~~testify~~ that we are no such ~~staffing~~ crisis and have adequate professional nursing Infection Control coverage at this time.

12. Under no circumstance is it legal to engineer a "snap-shot" opening (one day from USA JOBS email notification to position closure) in order to attempt to limit your applicants to one specific individual as has been done here.

13. Mr. Fusco at the OPM asserts that this

page 6

would always be a violation of Federal Law.

14. Emergency Injunctive Relief Sought

Plaintiff Mr. Fortson begs that the Court stop this likely illegal and unethical process in it's tracks pending a hearing on the matter.

No harm would come to MEDDAC-AK or it's hiring practices or staffing considerations if such injunctive relief is granted. Prospective harm to plaintiff (if Mr. Fortson's resume is presented by the cutoff tonight would it be appropriately considered if the process is "rigged".) and prospective harm to unknowable numbers of "John Does" may be prevented if the court opens this process for review.

Addendum: I (Mr. Fortson, the plaintiff) tried without success to secure employment law representation by contacting all relevant listings in the phone book but everyone was busy on short notice.

page 7

As the "suspense date" for this matter is tonight (midnight) Injunctive Relief ASAP is sought in order to preserve the public's rights (including but not necessarily limited to Mr. Fortson)

Exhibits:

A. USA JOBS notification email dated 4/13/2006
B. email to COL Nishimura
C. ~~Fed.~~ Army Job announcement PAEV06273673

### Declaration Under Penalty of Perjury

I, Blanton Fortson, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 14 April 2006, at Anchorage.

_____
Signature

### Certificate of Service

I certify that, on 14 April 2006 a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on MEDDAC-AK COL Nishimura
(Opposing Party or Counsel)

at Bassett Army Hospital Fairbanks AK.
(Address)

and by fax and email

_____
Signature

PS 15 (effective 8/05)                                              MOTION

page 8