Exhibit "A"

From: Job Search Agent <jagent@route.fedjobs.gov>
Subject: USAJOBS Agent Results - 4/13/2006
Date: April 12, 2006 11:16:04 PM AKDT
To: blanton@mac.com
Reply-To: Job Search Agent <jagent-feedback@route.fedjobs.gov>


"WORKING FOR AMERICA"

**Job Search Agent Results**

Manage Agents

My Search Agent: **AK RN search**                View all opportunities | Refine Agent | Disable Agent

Forgot your username and password?

| Title | Pay Plan/Series/Grade | Salary Range | Agency | Location | Closing Date |
|---|---|---|---|---|---|
| Nurse Specialist | GS-0610-10/10 | $54,649-$67,258 | Department Of The Army/U.S. Army, Pacific | US-AK-AK - Ft. Richardson | 4/14/2006 |

To see updated results, including all jobs for this agent, or to change your job search agents, just log into USAJOBS and click on View next to your search agents.

Thank you for using USAJOBS. We wish you success in your search to join the "Working for America" team.