exhibit "B"

From: Blanton Fortson <blanton@mac.com>
Subject: OPM doc
Date: April 14, 2006 12:34:49 PM AKDT
To: koji.nishimura@ameed.army.mil



Sir, here is the relevant page from the OPM's Delegated Examining Operations Handbook

http://www.opm.gov/deu/Handbook_2003/DEOH-Section-12.asp

paragraphs:

Required notice via USAJOBS

Adequate public notice

Determining an open period for receiving applications

COL, Ms. Castoe asserted strongly that posting to USA JOBs was not a requirement. She asserted that posting to CPOL was the requirement. That's an erroneous assertion. The USA Jobs requirement has been in effect since at least 2003.

Both Ms. Castoe or Ms. Snow had not any clue about where the direction for posting requirements resided (the OPM Delegated Examining Operations Handbook) or even if any such direction existed.

Yesterday Ms. Snow asserted that "an inquiry has been sent forth", yet Mrs. Snow nor all her resources were able to ascertain in many hours spaced over a couple of days what a reasonable lay person (myself, in this instance) was able to learn in ten minutes.

Yesterday I did elucidate clearly and cordially to both Ms. Castoe and Ms. Snow that I had a relatively short suspense time for action here, leading to a prospective Federal Court filing today. Given the time that has passed I need to head downtown now.

Given the short suspense and the seriousness of my assertions I'm somewhat surprised that this matter did not cross your desk in a more timely manner.

Regards,

Blanton Fortson

> From: diana.snow@us.army.mil
> Subject: RE: USAJOBS Agent Results - 4/13/2006
> Date: April 13, 2006 3:29:46 PM AKDT
> To: blanton@mac.com