exhibit "C"

# U.S. Army, Pacific

**Department:** Department Of The Army
**Agency:** U.S. Army, Pacific
**Job Announcement Number:**
PAEV06273673

| | |
|---|---|
| Overview | (DETAILED VERSION) (CLOSE) (PRINT) |

**Nurse Specialist**

**Salary Range:** 54,649.00 - 67,258.00 USD per year

**Open Period:** Wednesday, April 12, 2006 to Friday, April 14, 2006

**Series & Grade:** GS-0610-10/10

**Position Information:** - This is a Permanent position. -- Full Time

**Duty Locations:** 1 vacancy - AK - Ft. Richardson

**Who May Be Considered:**
Status Candidates

**Job Summary:**
Challenge Yourself - Be an Army Civilian - Go Army!
Civilian employees serve a vital role in supporting the Army mission. They provide the skills that are not readily available in the military, but crucial to support military operations. The Army integrates the talents and skills of its military and civilian members to form a Total Army.

**Organization(s):**
MEDDAC-AK, Troop Medical Clinic, Fort Richardson, AK - Eligible for 25% Cost of Living Allowance

**Who May Apply:** Click here for more information.
• Recruitment for this position is limited to applicants currently residing in the local commuting area in the following categories:
• Veterans eligible under Veterans Employment Opportunities Act of 1998. (VEOA)
• Veterans eligible as 30% Disabled Veterans.
• Veterans' Recruitment Authority (VRA).
• Interagency Career Transition Assistance Plan (ICTAP) eligibles.
• Current Army employees with competitive status (includes Army employees serving on a career or career-conditional appointment).
**Key Requirements:**
• U.S. Citizen

**Duties**

**Major Duties:**

Serves as the Patient Safety Manager and Infection Control Nurse at Ft Richardson Troop Medical Clinic. The incumbent is tasked with the coordination of the organizations Patient Safety Program (PSP) to include performing a variety of professional duties involved in the prevention and control of nosocomial infections to include the collection, definition, interpretation and reporting of data on a systematic and current basis through daily surveillance of patient wards. The incumbent designs, implements and monitors processes to improve the safety of patient beneficiaries. The incumbent will provide reports to Quality Improvement Committee on Patient Safety and Infection Control (IC) issues. Incumbent serves on the PS and IC Committees, and provides the committee members and all levels of staff information regarding MTF, corporate and nationwide PS & IC updates and initiatives.

**About the Position:** This position is working as the case manager for the Troop Medical Clinic. In addition to the Troop Medical Clinic at Ft. Richardson in Anchorage, we have a hospital & several clinics at Ft. Wainwright & a Troop Medical Clinic at Ft. Greely. Together these constitute USA MEDDAC-AK.

Qualifications and Evaluation

**Qualifications:**
Click on link below to view qualification standard.
General Schedule
- Specialized experience is professional knowledge of a wide range of adult/geriatric medical/surgical and nursing concepts, principles and practices sufficient to fully understand a variety of different patient conditions, medical procedures and practices to identify safety related issues. Extensive knowledge of patient and record documentation, medical procedures and diagnoses sufficient to identify omissions or inconsistencies in records/charts. Extensive knowledge of a wide variety of medical procedures and diagnoses sufficient to clarify issues with medical staff, note discrepancies, and speak to the problems from a medical perspective. Knowledge of regulations and standards that impact patient safety. Knowledge of policies, principles, procedures and techniques to prevent and control nosocomial infections. Professional knowledge of Infection Control practices, theories, principles and procedures to provide the expertise required to independently direct and implement a hospital wide Infection Control program, which includes surveillance, prevention and control. BASIC REQUIREMENTS: EDUCATION: Degree or diploma from a professional nursing program approved by the legally designated State accrediting agency at the time the program was completed by the applicant REGISTRATION: Applicants must have active, current registration as a professional nurse in a State, District of Columbia, the Commonwealth of Puerto Rico, or a territory of the United States. An applicant who has graduated from an approved nursing educational program within the past 12 months may be appointed pending State registration as a professional nurse within 6 months of appointment. No person appointed pending registration may be retained beyond 6 months, or promoted, if registration has not been attained. CONDITIONS OF EMPLOYMENT: Must have attended or be able to attend an Association of Practitioners in Infection Control and Epidemiology (APIC), Centers for Disease Control (CDC) or similarly recognized basic course in Infection Control (surveillance, prevention and control). Be eligible for or certified as an Infection Control practitioner when appropriate by experience. The Patient Safety Manager/Infection Control Nurse is required to maintain an active, current registration as a professional nurse in a state. The individual must be able to obtain and maintain all credentials required.
- The experience described in your resume will be evaluated and screened for the Office of Personnel Management's basic qualifications requirements, and the skills needed to perform the duties of this position as described in this vacancy announcement.
- Applicants who have held a General Schedule (GS) position within the last 52 weeks must meet the Time in Grade Restriction.
- One year of experience in the same or similar work equivalent to at least the next lower

grade or level requiring application of the knowledge, skills, and abilities of the position being filled.
- Must have 52 weeks of Federal service at the next lower grade (or equivalent).
- Only degrees from an accredited college or university recognized by the Department of Education are acceptable to meet positive education requirements or to substitute education for experience. For additional information, please go to the Office of Personnel Management (OPM) and U.S. Department of Education websites at - http://www.opm.gov/qualifications and http://www.ed.gov/admins/finaid/accred/index.html

**Other Requirements:**
Click here for more information.
- Must comply with Drug Abuse Testing Program requirements.
- Personnel security investigation required.
- Immunization screening is required.
- One year trial/probationary period may be required.
- Male applicants born after December 31, 1959 must complete a Pre-Employment Certification Statement for Selective Service Registration.
- Direct Deposit of Pay is Required.

**How You Will Be Evaluated:**
Resumes will be evaluated for basic qualifications requirements and for the skills needed to perform the duties of the position, as described in this vacancy announcement and identified by the Selecting Official for the position.

Benefits and Other Information

**Benefits:**
The Department of Defense offers excellent benefits programs some of which may include:
- Comprehensive health and life insurance
- Competitive salaries
- Generous retirement programs
- Paid holidays, sick leave, and vacation time
- Flexible work environment and alternate work schedules
- Paid employment related training and education
- Possible student loan repayment
- Payment of licenses, certification, and academic degrees as applicable
- Bonuses, incentives, and awards as appropriate for the job.

**Other Information:**
Click here for more information.
- The Department of Defense (DoD) policy on employment of annuitants issued March 18, 2004 will be used in determining eligibility of annuitants. The DoD policy is available on http://www.cpms.osd.mil/fas/staffing/pdf/rem_ann.pdf
- To successfully claim veteran's preference, your resume/supplemental data must clearly show your entitlement. Please review the information listed under the Other Requirements link on this announcement or review our on-line Job Application Kit.
- Selection is subject to restrictions resulting from Department of Defense referral system for displaced employees.
- Applicants must comply with the Exceptional Family Member Program requirements.
- Pay retention may be offered to successful applicants for positions at overseas locations. For this provision to apply to employees already overseas, the selected individual would have to require a permanent change of station move and would have to be selected as a result of a recruitment effort that had been extended outside of the overseas command involved.
- Locality pay does not apply in the overseas area.
- Permanent Change of Station (PCS) expenses are not authorized.

**Other Advantages:** Employment in the civil service system will afford the opportunity for health benefits, life insurance options, retirement plan, annual and sick leave accrual, and paid holidays. http://www.alaska.amedd.army.mil/

How to Apply

**How To Apply:**
Click here for more information.
- Resumes must be received by the closing date of this announcement.
- Self-nomination must be submitted by the closing date.
- Resume must be on file in our centralized database.
- Announcements close at 12:00am (midnight) Eastern Time.
- You must have an ACTIVE resume with the Army Centralized Resumix database before you submit your Self-nomination. If you do not have an ACTIVE resume on file, please click here to use the Army Resume Builder to create or update your resume.

**Required Documents:**
- You will be required to provide proof of U.S. Citizenship.
- If selected, official college or university transcript must be submitted.
- Must provide documents for credentialing for health care positions.
- For Registered Nurse positions, applicants must have active, current registration as a professional nurse in a State, District of Columbia, the Commonwealth of Puerto Rico, or territory of the United States.
- License/Certification: Registered Nurse

**Contact Information:**
    Central Resume Processing Ctr/Aberdeen Proving GRD
    Phone: 410-306-0137
    Internet: applicanthelp@cpsrxtp.belvoir.army.mil

    Or write:
    Central Resume Processing Center
    314 Johnson Street
    Aberdeen Proving Ground, MD 21005-5283

**What To Expect Next:**
Once this announcement closes, candidates will be evaluated using an automated system, (Resumix) which compares your skills and experience as described in your resume with the requirements of the position. If you are found to be a highly qualified candidate, you will be referred to the selecting official for further consideration. (In some cases, individuals with priority for special consideration must be considered and selected before other candidates.) Whether or not you are contacted for an interview depends upon the location of the position and the judgment of the selecting official. You can view the status of announcements that you applied for through our automated response system, ANSWER, accessed through our Civilian Personnel On-Line web page.

EEO Policy Statement

The United States Government does not discriminate in employment on the basis of race,

color, religion, sex, national origin, political affiliation, sexual orientation, marital status, disability, age, membership in an employee organization, or other non-merit factor.

**Reasonable Accommodation Policy Statement**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application and hiring process should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

  

 **Send Mail**

**Send Mail to:**
Central Resume Processing Center
314 Johnson Street
Aberdeen Proving Ground, MD
21005-5283

**Questions?**

**For questions about this job:**
Central Resume Processing
Ctr/Aberdeen Proving GRD
Phone: 410-306-0137
Internet:
applicanthelp@cpsrxtp.belvoir.army.mil

**USAJOBS Control Number: 642075**

