Plaintiff: Blanton Fortson
**Name**

~~Prison Number~~

~~Place of Confinement~~

2301 Belmont Dr.
Anchorage, AK 99517
**Address**

907 229 3795
**Telephone**

MOTION FOR EXPEDITED HEARING

RECEIVED
APR 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Blanton Fortson,

    Plaintiff,

vs. US Army Pacific MEDDAK-AK Ft. Wainwright COL Koji Nishimura Commander

    Defendant(s).

Case No. 3:06-CV-00085-JWS

**MOTION**

to/(for) expedited hearing

I, Blanton Fortson, proceeding without a lawyer, move to/(for) expedited hearing under the following statute(s)/(rule(s)) (if known) "OEM DEO Handbook" (see within) for the following reason(s): irreparable harm may be done if a Federal hiring program alleged to be in violation of Federal Law may be halted until such time as the facts may be heard before this court.

PS 15 (effective 8/05)

page "A" of expedited hearing motion

_____
_____
_____
_____
_____
_____
_____
_____
_____

### Declaration Under Penalty of Perjury

I, _Blank Forth_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _4/14/06_, at _Anchorage, AK_.

_____
Signature

### Certificate of Service

I certify that, on _4/14/06_ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on _COL KOJI NISHIMURA_
_plus fax, plus email_    (Opposing Party or Counsel)
at _MEDDAC-AK Bassett Hosp. Fairbanks_.
(Address)

_____
Signature

PS 15 (effective 8/05)         2         MOTION

Page "B" of motion for expidited hearing