**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>   BLANTON FORTSON   </u>   v.   <u>   U.S. ARMY PACIFIC, et al.   </u>

THE HONORABLE JOHN W. SEDWICK    CASE NO. <u> 3:06-cv-00085-JWS </u>

   <u>Deputy Clerk</u>               <u>Official Recorder</u>

   <u>Pam Richter</u>

APPEARANCES:   for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:  **ORDER FROM CHAMBERS**

At docket 3, plaintiff asks for an expedited hearing with respect to a claim regarding federal hiring practices. His complaint at docket 1 charges that a hiring notice with a closing date of April 14, 2006, is unlawful. The complaint and the motion at docket 3 were both filed on April 14, 2006, too late in the day for any action to be taken. The request for injunctive relief, even if it has merit, comes too late for any action by the court.

The motion at docket 3 is **DENIED**. The court will consider the merits of this case, and what remedy if any might be appropriate, in the ordinary course of litigation.

DATE: <u> April 17, 2006 </u>          ENTERED AT JUDGE'S DIRECTION
                                               INITIALS:<u> prr </u>
                                                                  Deputy Clerk

[FORMS*IA*]