IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BLANTON FORTSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>U.S. ARMY/PACIFIC, et al.,<br><br>　　　　Defendants. | Case No. 3:06-cv-00085-JWS<br><br><br>O R D E R |

On April 14, 2006, Blanton Fortson, representing himself, filed a civil complaint alleging that the defendants limited a federal job opening to one specific individual in violation of federal law.[1] Mr. Fortson has paid the filing fee in this case, but has not completed summons forms for the defendants.

Under the Federal Rules, "[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice as to that

---

[1] *See* Docket No. 1.

defendant or direct that service be effected within a specified time."[2]  Mr. Fortson is, therefore, put on notice that he has until August 12, 2006, to serve the defendants.

**IT IS HEREBY ORDERED**:

1. Under the Federal Rules, Mr. Fortson must complete initial service of the complaint and summons **no later than August 14, 2006**, and promptly file a return of service with the Court, showing proof of service on the defendants. Otherwise, his complaint may be dismissed, as to any unserved defendants, without further notice.

2. The Clerk of Court will send Mr. Fortson four summons forms with this Order. Mr. Fortson must complete the summons forms for defendants,[3] and return the completed original forms, plus two copies for each defendant to be served, to the Court for signature and seal.  If the summonses are in proper form, they will be issued for service.[4]

---

[2] FED. R. CIV. P. 4(m).

[3] When the United States, its agencies, corporations or officers, are defendants, in addition to the defendants, the plaintiff must serve: Timothy M. Burgess, United States Attorney for the District of Alaska, 222 West 7th Ave., Mail Box 9, Anchorage, Alaska 99513; and Alberto Gonzales, Attorney General of the United States, Main Justice Building, 10th & Constitution Ave. NW, Washington, D.C. 20530.  The United States defendant then has 60 days in which to respond.  *See* FED. R. CIV. P. 4(i).

[4] FED. R. CIV. P. 4(b).

3. Mr. Fortson must follow the Federal Rules of Civil Procedure[5] and the Local Rules for the District of Alaska in serving the defendants.

4. After service of the initial summons and complaint, all future papers to be filed with the Court must be identified with the name of the Court, Case No. 3:06-cv-00085-JWS, the names of the plaintiff and the first defendant, and the title of the document, as illustrated on the first page of this Order.

5. After service of the initial complaint and summons, Mr. Fortson shall serve a copy of all <u>future</u> pleadings or documents he sends to the Court upon the defendants or, if an appearance has been entered by counsel for defendants, on defendants' attorney(s). Mr. Fortson shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed, faxed or hand-delivered to the defendants or their counsel. A certificate of service may be written in the following form at the end of his document:

> I hereby certify that a copy of the above  (name of document)  was served upon  (name of opposing party or counsel)  by  (mail/fax/hand-delivery)  at      (address)      on    (date)    .
>
> _____
> (Mr. Fortson's Signature)

---

[5] *See, e.g.,* FED. R. CIV. P. 4(c). (service "by any person who is not a party and who is at least 18 years of age"); 4(d) (waiver of service by a defendant); and 4(h) (service on agent of corporation).

>Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded by the Court.

6. Mr. Fortson shall provide the Court with the original, plus one complete and legible copy, of every paper he submits for filing, as required by this Court's Local Rule 10.1(b).

7. No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action. Mr. Fortson should not write letters to the Court, but must file any requests for action by the Court during these proceedings in the form of a motion.

8. The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Mr. Fortson with this Order.

9. At all times, Mr. Fortson shall keep the Court informed of any change of address, by filing a notice titled "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information about the change of address, and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

10. The Clerk of Court is directed to send a copy of our *pro se* handbook, "Representing Yourself in Alaska's Federal Court," to Mr. Fortson with this Order.

DATED this 20th day of April, 2006, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge