IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BLANTON FORTSON,<br><br>  Plaintiff,<br><br>vs.<br><br>U.S. ARMY/PACIFIC, et al.,<br><br>  Defendants. | Case No. 3:06-cv-00085-JWS<br><br><br><br>ORDER OF DISMISSAL |

On April 14, 2006, Blanton Fortson, representing himself, filed a civil complaint alleging that the defendants limited a federal job opening to one specific individual in violation of federal law.[1]  Because Mr. Fortson did not complete summons forms for the defendants, on April 20, 2006, the Court issued an order giving notice to Mr. Fortson that he "must complete initial service of the complaint and summons **no later than August 14, 2006**, and promptly file a return of service with the Court, showing proof of service on the defendants.  Otherwise, his complaint may be dismissed, as to any unserved defendants, without further notice."[2]

---

[1] *See* Docket No. 1.

[2] Docket No. 5 at 2; *see also* Docket Nos. 6, 7.

The Court sent "Mr. Fortson four summons forms with its Order [and told Mr. Fortson that he] must complete the summons forms for defendants,[3] and return the completed original forms, plus two copies for each defendant to be served, to the Court for signature and seal," after which " they [would] be issued for service."[4]

To date, Mr. Fortson has failed follow the instructions of the Court and serve any of the defendants, as required by Federal Rule of Civil Procedure 4(m).[5]

**IT IS THEREFORE ORDERED:**

Mr. Fortson's case is DISMISSED without prejudice.

DATED this 17th day of August, 2006, at Anchorage, Alaska.

/s/JOHN   W.   SEDWICK
United States District Judge

---

[3] When the United States, its agencies, corporations or officers, are defendants, in addition to the defendants, the plaintiff must serve: United States Attorney for the District of Alaska, 222 West 7th Ave., Mail Box 9, Anchorage, Alaska 99513; and Alberto Gonzales, Attorney General of the United States, Main Justice Building, 10th & Constitution Ave. NW, Washington, D.C. 20530. The United States defendant then has 60 days in which to respond. See FED. R. CIV. P. 4(i).

[4] Docket No. 5 at 2.

[5] See FED. R. CIV. P. 4(m) ("[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice.").